**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

UNITED STATES OF AMERICA,  Case No: 21-mj-5017-ADM
 AUSA: Skipper Jacobs
                Plaintiff, Defendant: Jerold Berger

v.

WILLIAM POPE,
        Defendant.

| JUDGE: | Judge Angel D. Mitchell | DATE: | February 16, 2021 |
|---|---|---|---|
| DEPUTY CLERK: | Heather Tildes | TAPE/REPORTER: | Zoom @ 2:25 pm |
| INTERPRETER: | _____ | PROBATION: | Christina Stapp |

## PROCEEDINGS

☐ Initial Appearance ☐ Initial Revocation Hearing ☐ Bond Hearing
☐ Detention Hearing ☒ Initial Rule 5(c)(3) – 21 min. ☐ Bond Revocation Hearing
☐ Arraignment ☐ Preliminary Hearing ☐ Status Conference
☐ Discovery Conference ☐ Pretrial Conference ☐ In-Court Hearing

☐ Defendant sworn ☐ Examined re: financial status ☒ Counsel retained

☒ Charges and penalties explained to defendant ☒ Advised of Due Process Protections Act
☒ Constitutional Rights Explained ☒ Felony ☐ Misdemeanor
☐ Declines to Waive Indictment ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment ☐ Information filed
☐ Advised of Rights Under Rule _____ ☐ Signed Consent to Transfer _____

☐ Waived Reading ☐ Read to Defendant: ☐ Indictment ☐ Information ☒ Complaint
☐ Number of Counts: ☐ Guilty ☐ Not Guilty

☐ Bond Revoked ☐ Bail Fixed at: $_____
☒ Release Order executed ☐ Continued on present conditions ☐ Remanded to Custody

☒ **Defendant's next appearance:** Preliminary Hearing on March 1, 2021 at 1:00 PM before Judge Mitchell via Zoom.

OTHER: Defendant appears via videoconference and with retained counsel. Defendant orally consents to appear via videoconference for this hearing. Defendant waives his right to an identity hearing and production of the warrant. The court releases defendant on conditions of pretrial release with the conditions as stated on the record. Formal Order of Conditions of Release to follow.