AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:21-mj-00217 |
| William Pope, (DOB: XXXXXXXXX) | ) Assigned to: Judge Faruqui, Zia M |
| Michael Pope, (DOB: XXXXXXXX) | ) Assign Date: 2/10/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                          *Offense Description*

18 U.S.C. 1512(c)(2)- Obstructing or Impeding Any Official Proceeding
18 U.S.C. 231(a)(3)- Civil Disorder
18 U.S.C. 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. 5104(e)(2)(E)- Impeding Passage Through the Capitol Grounds or Buildings
40 U.S.C. 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Clay Chase, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: 02/10/2021                                         _____
                                                                          *Judge's signature*

City and state: Washington, D.C.                Zia M. Faruqui, U.S. Magistrate Judge
                                                                          *Printed name and title*