IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 21-MJ-217-01-02 |
| | : | |
| WILLIAM POPE, and | : | |
| MICHAEL POPE, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 231(a)(3) |
| Defendants. | : | (Civil Disorder) |
| | : | 18 U.S.C. §§ 1512€(2), |
| | : | (Obstruction of an Official Proceeding) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104€(2)(D) |
| | : | (Disorderly Conduct in |
| | : | a Capitol Building) |
| | : | 40 U.S.C. § 5104€(2)€ |
| | : | (Impeding Passage Through the Capitol |
| | : | Grounds or Buildings) |
| | : | 40 U.S.C. § 5104€(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

## MOTION FOR LEAVE TO WITHDRAW AS COUSEL
## FOR DEFENDANT WILLIAM POPE

**AND NOW**, comes Jerold E. Berger, to file the within Motion for Leave to Withdraw as Counsel for Defendant, William Pope as follows:

1. Jerold E. Berger, was retained by William Pope for representation in the Rule 5 Hearing in the above captioned matter.

2. The limited representation in the Rule 5 Hearing has concluded.

3.        Jerold E. Berger has advised the Defendant to seek alternate counsel.

**WHEREFORE**, Jerold E. Berger respectfully request that this Court grant his Motion for Leave to Withdraw as Counsel and grant them leave to withdraw their appearance for the Defendant, William Pope, in this action.

Respectfully Submitted,

/s/ Jerold E. Berger
Jerold E. Berger, #01730
Attorney for Defendant
Law Office of Jerold E. Berger
1208 SW Tyler Street
Topeka, KS 66612
jeroldeberger@aol.com
TEL:785-232-3540
FAX: 785-235-5502