**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

UNITED STATES OF AMERICA,  Case No: 21-mj-5017-ADM
 AUSA: Skipper Jacobs
        Plaintiff,  Defendant: Jerold Berger

v.

WILLIAM POPE,
        Defendant.

| JUDGE: | Judge Angel D. Mitchell | DATE: | March 1, 2021 |
|---|---|---|---|
| DEPUTY CLERK: | Heather Tildes | TAPE/REPORTER: | Zoom @ 1:01 pm |
| INTERPRETER: | _____ | PROBATION: | _____ |

## PROCEEDINGS

☐ Initial Appearance        ☐ Initial Revocation Hearing        ☐ Bond Hearing
☐ Detention Hearing         ☐ Initial Rule 5(c)(3)              ☐ Bond Revocation Hearing
☐ Arraignment               ☐ Preliminary Hearing               ☒ Status Conference – 12 min.
☐ Discovery Conference      ☐ Pretrial Conference               ☐ In-Court Hearing

☐ Defendant sworn           ☐ Examined re: financial status     ☐ Counsel appointed

☐ Charges and penalties explained to defendant                  ☐ Advised of Due Process Protections Act
☐ Constitutional Rights Explained    ☐ Felony                   ☐ Misdemeanor
☐ Declines to Waive Indictment       ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment        ☐ Information filed
☐ Advised of Rights Under Rule _____                           ☐ Signed Consent to Transfer _____

☐ Waived Reading      ☐ Read to Defendant:    ☐ Indictment      ☐ Information    ☐ Complaint
☐ Number of Counts:   ☐ Guilty                ☐ Not Guilty

☐ Bond Revoked              ☐ Bail Fixed at: $_____
☐ Release Order executed    ☒ Continued on present conditions   ☐ Remanded to Custody

**OTHER:** Defendant appears via videoconference and with counsel. Defendant orally consents to appear via videoconference for this hearing. Defendant's [4] Motion for Leave to Withdraw as Counsel for Defendant William Pope is denied without prejudice to be renewed in accordance with Rule 83.5.5.