# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO.** |
| : | |
| v. : | **MAGISTRATE NO. 21-MJ-217-01-02** |
| : | |
| **WILLIAM POPE, and** : | |
| **MICHAEL POPE,** : | **VIOLATIONS:** |
| : | 18 U.S.C. § 231(a)(3) |
| **Defendants.** : | (Civil Disorder) |
| : | 18 U.S.C. §§ 1512€(2), |
| : | (Obstruction of an Official Proceeding) |
| : | 18 U.S.C. § 1752(a)(1) |
| : | (Entering and Remaining in a Restricted |
| : | Building or Grounds) |
| : | 18 U.S.C. § 1752(a)(2) |
| : | (Disorderly and Disruptive Conduct in a |
| : | Restricted Building or Grounds) |
| : | 40 U.S.C. § 5104€(2)(D) |
| : | (Disorderly Conduct in |
| : | a Capitol Building) |
| : | 40 U.S.C. § 5104€(2)€ |
| : | (Impeding Passage Through the Capitol |
| : | Grounds or Buildings) |
| : | 40 U.S.C. § 5104€(2)(G) |
| : | (Parading, Demonstrating, or Picketing in |
| : | a Capitol Building) |

## RESPONSE TO GOVERNMENT'S MOTION TO RECONSIDER AND VACATE PRELIMINARY HEARING

**COMES NOW**, the Defendant, William Pope, by and through his counsel, Jerold E. Berger, and respectfully requests that the Court find a Preliminary Hearing is not necessary in this case.

1. The Defendant agrees with the facts and conclusions laid out in the Government's Motion to Reconsider and Vacate Preliminary Hearing.

**WHEREFORE**, the Defendant requests the Court adopt the findings of the Government's Motion to Reconsider and Vacate Preliminary Hearing and transfer this case to the District of Columbia where all the indictments have been issued.

    Respectfully Submitted,

    /s/ Jerold E. Berger
    Jerold E. Berger, #01730
    Attorney for Defendant
    Law Office of Jerold E. Berger
    1208 SW Tyler Street
    Topeka, KS 66612
    jeroldeberger@aol.com
    TEL:785-232-3540
    FAX: 785-235-5502

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2021, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system which will send an electronic copy to:

Skipper S. Jacobs
Skipper.jacobs@usdoj.gov

Terry Eaton
Terry.@eatonlawfirm.net

    /s/ Jerold E. Berger
    Jerold E. Berger, #07130
    Attorney for Defendant